IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD BILIK,                )
                              )
    Plaintiff,            )
                              )
v.                            )   Case No. 3:17-cv-142-DRH-DGW
                              )
WEXFORD HEALTH SOURCES, INC. et al.,)
                              )
    Defendants.           )

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Compel filed by Plaintiff, Richard Bilik, on June 19, 2018 (Doc. 57). The Motion is **DENIED**.

Plaintiff states that he served requests to produce (which are in the form of a letter) that are addressed to two attorneys, Mr. Teplinsky and Mr. Tengesdal, who represent multiple parties in this matter. Plaintiff does not explain the relevance of any of the documents he seeks nor does he indicate which Defendant the requests to produce are directed towards. Defendants Scott and Wexford responded to the requests on May 8, 2018 (Doc. 60). Plaintiff does not explain how the responses are deficient. Defendants Baldwin, Brown, Jaimet, Lashbrook, and White (IDOC Defendants), indicate that they never received the requests (Doc. 68). Plaintiff may re-serve his discovery requests on the IDOC Defendants. In any future motion to compel, Plaintiff shall identify the responses that are deficient and shall indicate how the discovery requested is relevant to his lawsuit.

**DATED: September 28, 2018**

                                            **DONALD G. WILKERSON**
                                            **United States Magistrate Judge**